#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

| | | |
|---|---|---|
| MAXWELL HESTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 15-cv-00984 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| ADMIN RECOVERY LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

     Status hearing held. Only counsel for Plaintiff appeared and represented to the Court that the parties have reached an agreement in principle to settle the case on a class-wide basis. Plaintiff anticipates filing a motion for preliminary approval of the class settlement within two weeks. Status hearing set for 11/10/2015 at 9:00 AM.

(0:06)

Dated: October 21, 2015

                                                 Andrea R. Wood
                                                 United States District Judge